UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:06CR251

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | FINAL |
| 3) ROBERT DEON HUNTER, JR. | ) | ORDER OF FORFEITURE |
| A/K/A ROBERT DEAN HUNTER, JR | ) | |
| | ) | |
| 4) ROBERT DEON HUNTER, SR. | ) | |
| A/K/A BOB HUNTER, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Government's motion for a final order of forfeiture, filed January 15, 2008. No response has been filed by the captioned Defendants.

On June 18, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the Defendants' pleas of guilty to Count One in the Bill of Indictment charging them with conspiracy to possess with intent to distribute cocaine base ("crack cocaine"), a violation of 21 U.S.C. §§ 841 and 846.

On November 12, 19, and 26, 2007, the United States published in the *McDowell News*, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any

1

alleged legal interest in the property. It appears from the record that no such claims have been filed.

**IT IS THEREFORE ORDERED** that, in accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in **the following properties**, whether real, personal, or mixed, is, therefore, forfeited to the United States for disposition according to law:

> **Real property at 150 Morehead Road, Marion, North Carolina, Book CRP 862, Pages 741-42, of the Public Registry of McDowell County, North Carolina**

Signed: February 25, 2008

Lacy H. Thornburg
United States District Judge