# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROBERT DEON HUNTER, SR. | ) | Case No: 1:06CR00251-004 |
| | ) | USM No: 21880-058 |
| Date of Previous Judgment: October 31, 2007 | ) | Robert Carpenter |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 34 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 262 to 327 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction as there is no change in the guideline calculations due to the defendant's status as a Career Offender.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated October 31, 2007 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 20, 2009

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge